DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Defendant
Superior Court of Guam



**FILED**
DISTRICT COURT OF GUAM
JUL 0 3 2008
JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| DEBBIE ANN REYES PEREZ, | ) | CIVIL CASE NO. CV08-00007 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION** |
| SUPERIOR COURT OF GUAM, | ) | |
| Defendant. | ) | |

The above-captioned parties, through counsel, having agreed that service of the complaint in this case was made effective as of Thursday, June 26, 2008, hereby stipulate and agree that Defendant shall have until and including Wednesday, July 16, 2008, within which to respond to the complaint.

SO STIPULATED:

DOOLEY ROBERTS & FOWLER LLP

Date: 7/2/08     By: _____
                 **TIM ROBERTS**
                 Attorneys for Defendant

                 TEKER TORRES & TEKER, P.C.

Date: 7/3/08     By: _____
                 **PHILIP TORRES**
                 Attorneys for Plaintiff