DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Defendant
Superior Court of Guam

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| DEBBIE ANN REYES PEREZ, | ) | CIVIL CASE NO. 08-00007 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SUPERIOR COURT OF GUAM, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the parties, the Defendant shall have until and including Wednesday, July 16, 2008, within which to respond to the complaint.



/s/ Joaquin V.E. Manibusan, Jr.
    **U.S. Magistrate Judge**
**Dated: Jul 03, 2008**