Tim Roberts, Esq.
DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Defendant
Superior Court of Guam



**FILED**
DISTRICT COURT OF GUAM

JUL 15 2008 ᵱᴅ.

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| DEBBIE ANN REYES PEREZ, | ) | CIVIL CASE NO. CV08-00007 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| SUPERIOR COURT OF GUAM, | ) | |
| | ) | |
| Defendant. | ) | |

I, Tim Roberts, certify that on the 15th day of July 2008, I am causing defendant Superior Court of Guam's Answer to Plaintiff's Complaint to be served on the following:

    a.    <u>Via Hand Delivery</u>:

        Phillip Torres, Esq.
        Teker Torres & Teker, P.C.
        130 Aspinall Ave., Ste. 2A
        Hagatna, Guam 96910
        Telephone: 671-477-9891

Dated this 15th day of July 2008.

                                        DOOLEY ROBERTS & FOWLER LLP

                                        By: _____
                                        **TIM ROBERTS**
                                        Attorneys for Defendant
                                        Superior Court of Guam

F:Thomas L Roberts (07.04)\tt\J144.01 Judicial Counsel - Perez\Certificate of Service.doc

ORIGINAL