**TEKER TORRES & TEKER, P.C.**
130 Aspinall Avenue-Suite 2A
Hagåtña, Guam 96910
Telephone: 671.477.9891
Facsimile: 671.472.2601

Attorneys for Plaintiff
*Debbie Ann Reyes Perez*

FILED
DISTRICT COURT OF GUAM
SEP 09 2008
JEANNE G. QUINATA
Clerk of Court

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

----------

| | |
|---|---|
| DEBBIE ANN REYES PEREZ, | CIVIL CASE NO. CV08-00007 |
| Plaintiff, | |
| vs. | **JOINT SCHEDULING ORDER AND DISCOVERY PLAN** |
| SUPERIOR COURT OF GUAM, | |
| Defendant. | |

----------

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Local Rule 16.1 for the District Court of Guam, the parties hereby submit the following Scheduling Order and Discovery Plan:

1. **Nature of the Case.** This is a complaint for sex discrimination and wrongful termination filed against the Defendant pursuant to Title VII and Guam Law.

2. **Posture of the Case.**

   a. There are no motions on file.

   b. The following motions have been resolved: **None to date.**

   c. The following discovery has been initiated: **None.**

3. **Motions to Add Parties:** All motions to add parties shall be filed on or before *Thursday, January 15, 2009*.

4. **Motions to Amend.** All motions to amend the pleadings shall be filed on or before *Friday, February 20, 2009*.

5. **Discovery Plan.** The following is the description and schedule of all pretrial discovery each party intends to initiate prior to the close of discovery:

   a. **Initial Disclosures:** The times for disclosures under Rules 26(a) and 26(e) of the Federal Rules of Civil procedure are modified as follows:

   b. **Rule 26(a)(1):** *Wednesday, September 17, 2008*.

   c. **Depositions:** Plaintiff and Defendant will both conduct depositions, dates, times and location to be scheduled.

   d. **Written Discovery:** Each party may propound interrogatories and requests to produce and requests for admissions within the limits set by the Federal Rules of

Civil Procedure. If either party determines that it needs to propound more discovery than permitted by the Rules, the parties will confer in good faith to accommodate reasonable discovery requests prior to the filing of any motion relating to a discovery dispute.

   **e.**  **Discovery Cutoff.** The discovery cutoff date (defined as the last date to file responses to discovery) shall be ***Friday, March 20, 2009***.

   **f.**  **Expert Discovery:**

    **i.**  The disclosures of expert testimony required under Federal Rule of Civil Procedure 26(a)(2) shall be made not later than ***Wednesday, February 4, 2009***.

    **ii.**  Any designation of rebuttal expert testimony under Rule 26(a)(2) shall be made no later than ***Wednesday, March 4, 2009***.

    **iii.**  The depositions of experts may be scheduled at any time at least twenty (20) days subsequent to the submission of rebuttal reports and the depositions of said experts shall be completed no later than ***Wednesday, April 8, 2009***.

**6.**  **Motions.**

   **a.**  The anticipated discovery motions are: **None are anticipated at this time.** All discovery motions shall be filed on or before ***Friday, March 27, 2009***.

   **b.**  The anticipated dispositive motions are: **Unknown at this.** All dispositive motions shall be filed on or before ***Wednesday, June 10, 2009***.

**7.**  **Trial Deadlines.**

   **a.**  The Preliminary Pretrial Conference shall be held on ~~Wednesday~~ *Monday on* October ~~21~~ 19, *2009*, at __9:30__ __a__.m.

  b. The parties' pretrial materials, discovery material, witness lists, designations and exhibit lists shall be filed on or before ~~Tuesday, September 29~~ **Monday, October 26**, 2009.

  c. Proposed Pretrial Order shall be filed on or before ~~Friday, October 9~~ **Monday, October 26**, 2009.

  d. The Final Pretrial Conference shall be held on **Monday, November 2, 2009**, at  9:30  a .m.

  e. The trial shall behold on ~~Friday~~ **Monday**, November ~~6~~ **9**, **2009**, at 9:00 a .m.

  f. The **November ~~6~~ 9, 2009** trial is a jury trial.

  g. It is anticipated that it will take **5** days to try this case.

8. The names of counsels on this case are: Phillip Torres, Esq. of Teker Torres & Teker, P.C., for Plaintiff; and Thomas L. Roberts, Esq. of Dooley Roberts & Fowler, LLP for Defendant.

9. **Settlement.**

  a. Defendant represents that the prospect for settlement are unknown. Plaintiff believes settlement is quite possible and should be discussed but not at this time.

  b. The parties do not wish to submit this case to a settlement conference at this time.

  c. The parties present the following suggestions for shortening trial: **None at This Time.**

**d.** The following issues will also affect the status or management of the case: A key witness, Alan Ecle, a Superior Court marshal, is deployed in the military and stationed overseas. Obtaining his deposition testimony may be difficult or impossible.

SO ORDERED: _September 9, 2008_.

~~Honorable Frances Tydingco-Gatewood~~
~~Chief Judge, District Court of Guam~~
Honorable Joaquin V.E. Manibusan, Jr.
Magistrate Judge, District Court of Guam

**SUBMITTED BY:**

DOOLEY ROBERTS & FOWLER, LLP

By _____
THOMAS L. ROBERTS, ESQ.
Attorneys for Defendant
Dated: August 26, 2008.

TEKER TORRES & TEKER, P.C.

By _____
PHILLIP TORRES, ESQ.
Attorneys for Plaintiff
Dated: August 26, 2008.

RECEIVED
AUG 26 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM