## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| DEBBIE ANN REYES PEREZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>SUPERIOR COURT OF GUAM,<br><br>    Defendant. | CIVIL CASE NO. 08-00007<br><br><br><br>**MINUTES** |

(√) SCHEDULING CONFERENCE      ( ) PRELIMINARY PRETRIAL CONFERENCE
    September 9, 2008, at 10:35 a.m.

( ) FINAL PRETRIAL CONFERENCE      ( ) STATUS CONFERENCE

**Notes**: Representing the Plaintiff was Phillip Torres, Esq. Appearing for the Defendant was Thomas L. Roberts, Esq.

    Judge Manibusan and counsel discussed the dates and deadlines in the proposed scheduling order. After making minor revisions, Judge Manibusan signed the proposed order.

    Mr. Roberts stated the Defendant desired to depose Alan Ecle, whom it believes is a key witness. Unfortunately, Mr. Ecle is currently on military deployment. Mr. Roberts stated that he is exploring all options to conducting said deposition, which may necessitate the filing of an emergency motion. Judge Manibusan advised the parties to make arrangements with his law clerk if either party believes an emergency hearing or order from the court is necessary.

    The parties stated that they already attempted to mediate this matter but were unsuccessful at reaching a resolution. Counsel stated their central dispute involves a legal issue

of when a duty arose on the part of the Defendant to take remedial action. Judge Manibusan stated the District Court of Guam is currently exploring alternative forms of dispute resolution to implement, including mediation, and that hopefully such a program would be in place prior to the scheduled trial date herein.

    Mr. Torres advised the court of the names of potential witnesses, and Judge Manibusan stated that he did not believe any of the witnesses posed a problem that would require his recusal from this action.

    The conference concluded at 11:00 a.m.

    Dated: September 9, 2008.

**Prepared by:** Judith P. Hattori
Law Clerk