DOOLEY ROBERTS & FOWLER LLP
Suite 201, Orlean Pacific Plaza
865 South Marine Corps Drive
Tamuning, Guam 96913
Telephone No. (671) 646-1222
Facsimile No. (671) 646-1223

Attorneys for Defendant
Superior Court of Guam

FILED
DISTRICT COURT OF GUAM

APR 27 2009

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| DEBBIE ANN REYES PEREZ, ) | CIVIL CASE NO. CV08-00007 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DECLARATION OF** |
| ) | **JOSEPH J. LEON GUERRERO** |
| SUPERIOR COURT OF GUAM, ) | |
| ) | |
| Defendant. ) | |

1. I am the Deputy Chief Marshal of the Judiciary of Guam and as such I am familiar with all facilities within the Guam Judicial Center. I have personal knowledge of the descriptions and locations of all assignments within the Marshals Division of the Judiciary of Guam. I have personal knowledge of, and I am competent to testify about, the matters stated herein.

2. At all times herein described, I was the Deputy Chief Marshal of the Judiciary of Guam, and as such, I had operational knowledge of daily operations and assignments of all Judiciary of Guam marshals at that time.

3. From February 16, 2006 until April 18, 2006, Deputy Marshal Ecle was assigned to the Criminal Services Section.

**ORIGINAL**

4. From February 16, 2006 until April 18, 2006, Deputy Marshal Perez was assigned to the Security Services Section.

5. When assigned to the Criminal Services Section, a Deputy Marshal is based in the Field Office, which is a large office with many desks and divided work areas. Its entrance is at the immediate bottom of the public stairwell on the right, opposite the restrooms. To begin work for a day in the Criminal Services Section, a Deputy Marshal will report directly to the Field Office and receive and review his assignments for the day.

6. When assigned to the Security Services Section, a Deputy Marshal is based in the Security Offices Section of the basement of the Judicial Center. The Security Offices Section is located far away from the Field Office. To reach the Security Offices, a Deputy Marshal proceeds to the left when reaching the bottom of the public stairwell, and then proceeds to an office at the end of two left turns in the basement hallways. At the Security Office, the Deputy Marshal will receive his/her assignment for the day.

7. The hallways, lobbies and stairwells of the Judicial Center Building are common areas, and employees always have the chance of running into other employees in these common areas. However, if a Deputy Marshal reports to the Field Office first thing in the morning, there is no reason that that Deputy Marshal would encounter another Deputy Marshal assigned to the Security Services Section, and vice versa. These office areas are separate and apart from one another. Persons working in these separate units would not see each other during a day except in passing in common areas or if the

daily assignment of the Criminal Services Section overlaps with the operations of the Security Services Section.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17 day of April, 2009, in Hagåtña, Guam.

_____
Joseph J. Leon Guerrero
Deputy Chief Marshal, Judiciary of Guam