# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| DEBBIE ANN REYES PEREZ,<br><br>　　Plaintiff,<br><br>vs.<br><br>SUPERIOR COURT OF GUAM,<br><br>　　Defendant. | Civil Case No. 08-00007<br><br>**ORDER** |

The undersigned judge believes that her impartiality might reasonably be questioned in this proceeding, because she has worked with a key witness in this case for many years. Accordingly, the undersigned judge hereby **RECUSES** herself from this case, pursuant to 28 U.S.C. § 455(a).

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　**/s/ Frances M. Tydingco-Gatewood**
　　　　　　　　　　　　　　　　　　　　　**Chief Judge**
　　　　　　　　　　　　　　　　　　　**Dated: Aug 05, 2009**