# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

DEBBIE ANN REYES PEREZ,

Plaintiff,

v.

SUPERIOR COURT OF GUAM,

Defendant.

Civil Case No. 08-0007

**CASE MANAGEMENT ORDER**

The parties in this matter and the court have stipulated to continue scheduled dates in this matter because Plaintiff is off-island on duty with the U.S. Coast Guard until the fall of 2010 and Defendant's key witness is deployed with the U.S. Army in Afghanistan until at least the fall of 2010. The rescheduled dates are as follows:

1. Plaintiff may file a motion to amend the complaint to add a retaliation claim without filing a motion for leave to file a motion to amend the complaint. If the motion is granted, limited discovery will be permitted;
2. All Motions *In Limine* shall be filed by September 3, 2010 and shall be heard by October 1, 2010;
3. A joint pre-trial statement, along with their exhibit and witness lists shall be filed by October 15, 2010;
4. The jury trial in this matter shall be scheduled for November 15, 2010.

**IT IS SO ORDERED.**

Dated: November 25, 2009

ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE